LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
skumagai@lkclaw.com
PHILIP H. BEHRENS (State Bar No. 283538)
pbehrens@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
MACY'S, INC.

**FILED**
SEP 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA SOLTERO, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>MACY'S, INC., an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:13-CV-01063-JAM-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING MACY'S, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY CIVIL PROCEEDINGS<br><br>Date:     July 31, 2013<br>Time:    9:30 a.m.<br>Location: Courtroom 6 - 14th Floor<br>              501 I Street<br>              Sacramento, CA  95814<br>Judge:   Hon. John A. Mendez<br><br>Complaint Filed: April 10, 2013<br>Removal Filed:   May 29, 2013 |

[PROPOSED] ORDER GRANTING MACY'S, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY CIVIL PROCEEDINGS
(Case No.: 2:13-CV-01063-JAM-EFB)

1

1  Defendant MACY'S, INC. ("Macy's") Motion to Compel Arbitration and Dismiss, or
2  Alternatively, Stay Civil Proceedings, with respect to the Complaint filed by Plaintiff Erica
3  Soltero ("Plaintiff"), came on regularly for hearing before this Court on July 31, 2013, the
4  Honorable John A. Mendez presiding. Appearances as noted on the record.

5  After carefully considering the parties' papers, their supporting declarations and exhibits,
6  the record herein, arguments of counsel, and all other materials presented to the Court,

7  IT IS HEREBY ORDERED AND ADJUGED that Macy's Motion to Compel Arbitration
8  and Dismiss is granted, and the civil case is ~~stayed pending the completion of arbitration.~~ dismissed. *jam*

10  Dated: September 18, 2013

11  THE HONORABLE JOHN A. MENDEZ
    United States District Court

[PROPOSED] ORDER GRANTING MACY'S, INC.'S MOTION TO COMPEL ARBITRATION
AND DISMISS, OR IN THE ALTERNATIVE, STAY CIVIL PROCEEDINGS
(Case No.: 2:13-CV-01063-JAM-EFB)

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605