LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
skumagai@lkclaw.com
PHILIP H. BEHRENS (State Bar No. 283538)
pbehrens@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
MACY'S, INC.

FILED
SEP 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERICA SOLTERO, an individual,

    Plaintiff,

vs.

MACY'S, INC., an Ohio corporation; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 2:13-CV-01063-JAM-EFB

[~~PROPOSED~~] ORDER GRANTING MACY'S, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY CIVIL PROCEEDINGS

Date: July 31, 2013
Time: 9:30 a.m.
Location: Courtroom 6 - 14th Floor
    501 I Street
    Sacramento, CA 95814
Judge: Hon. John A. Mendez

Complaint Filed: April 10, 2013
Removal Filed: May 29, 2013

[PROPOSED] ORDER GRANTING MACY'S, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY CIVIL PROCEEDINGS
(Case No.: 2:13-CV-01063-JAM-EFB)

1

Defendant MACY'S, INC. ("Macy's") Motion to Compel Arbitration and Dismiss, or Alternatively, Stay Civil Proceedings, with respect to the Complaint filed by Plaintiff Erica Soltero ("Plaintiff"), came on regularly for hearing before this Court on July 31, 2013, the Honorable John A. Mendez presiding. Appearances as noted on the record.

After carefully considering the parties' papers, their supporting declarations and exhibits, the record herein, arguments of counsel, and all other materials presented to the Court,

IT IS HEREBY ORDERED AND ADJUGED that Macy's Motion to Compel Arbitration and Dismiss is granted, and the civil case is ~~stayed pending the completion of arbitration.~~ dismissed. *JAM*

Dated: September 18, 2013

THE HONORABLE JOHN A. MENDEZ
United States District Court

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

[PROPOSED] ORDER GRANTING MACY'S, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY CIVIL PROCEEDINGS
(Case No.: 2:13-CV-01063-JAM-EFB)

2